THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BYERS, Also Known as WILLIAM SNYDER, Appellant.

Argued October 19, 1955; decided December 1, 1955.

*Rudolph Stand, J. Michael Solomon, Ralph W. Kerbs* and *Darwin W. Telesford* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Leonard E. Reisman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.